Memorandum Decisions.

Sherod S. Keen, Plaintiff in Error, vs. Jeff. D. Brown, Defendant in Error.

### DIVISION A.

Writ of error to Circuit Court, Columbia county; John F. White, Judge.

*A. J. Henry,* for Plaintiff in Error.

*W. M. Ives,* for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant, and the plaintiff takes writ of error. The judgment is affirmed.

Decision Per Curiam.

---

James P. Lighton, Appellant, vs. Jennie R. Townsend and William Moore Angas, Appellees.

### IN BANC.

Appeal from the Circuit Court, Duval county; R. M. Call, Judge.

*Geo. U. Walker* and *Procher L'Engle,* for Appellant.

*R. H. Liggett* and *W. B. Owen,* for W. M. Angas.